# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**CEF FUNDING, LLC**                                    **CIVIL ACTION**

**VERSUS**                                                      **NO: 09-6623-LMA-SS**

**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, LLC**

## ORDER

DEFENDANT'S MOTION TO QUASH (Rec. doc. 88)

**GRANTED IN PART AND DENIED IN PART**

The defendant, Sher Garner Cahill Richter Klein & Hilbert, LLC ("Sher Garner"), seeks an order partially quashing a notice of records deposition and subpoena to First Bank and Trust Community Development Corporation ("FBT"). The plaintiff, CEF Funding, LLC, seeks information on three accounts at FBT: (1) Account No. 360045470-the Huey and Fong Litigation Trust account; (2) Account No. 317006194-the Huey and Fong CD; and (3) Account No. 360045569 -the Sher Garner IOLTA account. Sher Garner has no objection to discovery of: (1) the first two accounts; and (b) transfers between its IOLTA account and the first two accounts. It objects to the production of information from its IOLTA account relating to clients other than Huey and Fong. CEF contends that relevant information from FBT includes information on the time, place, manner, amounts, and recipients of any funds originally derived from the first two accounts that were transferred out of the IOLTA account. For example, it reports that on August 26, 2008, $45,326.82 was paid from the Huey and Fong Litigation Trust Account to the Sher Garner IOLTA account. It urges that it is entitled to information on the transfer from the IOLTA account to the recipient of this

sum to trace where the funds at issue in this litigation were ultimately deposited.

On July 2, 2010, a protective order was entered pertaining to the handling and disclosure of information produced in this litigation.  Rec. doc. 43.  Any documents produced by FBT will be produced subject to the terms of the protective order.

Sher Garner seeks relief on six categories from Exhibit A to the subpoena served on FBT (Rec. doc. 88-Exhibit A).

Category no. 7.

All documentation setting forth the transactional history of FBT Account No. 360045569, including, but not limited to, bank statements, negotiated checks, deposits receipts, wire transfer requests, wire transfer confirmations, debits, credits, debit receipts, and other documentation demonstrating debits, credits, deposits into, withdrawal from or transfer of funds by check, cash deposit, wire transfer, or other means for the period of September 1, 2007 to the present.

The category is too broad.  It is limited to:

7A.  All documentation setting forth the transactional history between FBT Account No. 360045569 and FBT Account Nos. 360045470 and 317006194 for the period of September 1, 2007 to the present.

7B.  All documentation setting forth the transactional history of any transfers of amounts from FBT Account No. 360045569 that were deposited to the account from FBT Account Nos. 360045470 and 317006194 for the period of September 1, 2007 to the present.

Category nos. 8-10.

For the IOLTA account, these categories seek signature cards, powers of attorney and documents relating to the opening of the account.  Sher Garner's motion is denied as to these three categories.

<u>Category nos. 11 and 12</u>.

Any correspondence, including email communications relating to FBT Account No. 360045569 for the period of September 1, 2007 to present.

Any written instructions provided to FBT pertaining to FBT Account No. 360045569 for the period of September 1, 2007 to present.

These categories are limited to correspondence relating to the transactional history in 7A and B above.

IT IS ORDERED that Sher Garner's motion to quash (Rec. doc. 91) is GRANTED in PART and DENIED in PART as provided herein.

New Orleans, Louisiana, this 2nd day of February, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**