UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CEF FUNDING, L.L.C.** | **CIVIL ACTION** |
| **VERSUS** | **No. 09-6623** |
| **SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.** | **SECTION I/1** |

## ORDER AND REASONS

Before the Court is a motion[1] to disqualify counsel filed by defendant, Sher Garner Cahill Richter Klein & Hilbert, L.L.C. ("Sher Garner"). Defendant moves to disqualify Daniel Plunkett and Richard Aguilar of the McGlinchey Stafford law firm from acting as plaintiff's counsel at trial.[2] Plaintiff, CEF Funding, L.L.C. ("CEF"), opposes[3] the motion. For the following reasons, the motion is **DISMISSED AS MOOT IN PART** and **DENIED IN PART**.

On September 1, 2010, the Court issued a scheduling order requiring "[a]ll pretrial motions…be filed and served in sufficient time to permit hearing thereon no later than **Wednesday, March 16, 2011**…Motions filed in violation of this Order shall be deemed waived unless good cause is shown."[4] Defendant filed its motion to disqualify on March 17, 2011 and defendant did not include any reasons for its failure to comply with the Court's motions deadline.

In addition, defendant's argument is premised on the conflicting deposition testimony of James Garner, Daniel Plunkett and Richard Aguilar. However, defendant was aware of the conflict in testimony well before the deadline to file pretrial motions as James Garner was

---

[1] R. Doc. No. 133.
[2] Plaintiff has advised defendant and the Court that Daniel Plunkett will not be serving as counsel at trial.
[3] R. Doc. No. 136.
[4] R. Doc. No. 53.

1

deposed on January 25, 2011,[5] Daniel Plunkett was deposed on February 8, 2011,[6] and Richard Aguilar was deposed on February 9, 2011.[7]  Therefore, the Court finds that defendant has not shown good cause for its failure to comply with the Court's motions deadline.

Accordingly,

**IT IS ORDERED** that defendant's motion to disqualify is **DISMISSED AS MOOT** with respect to Daniel Plunkett and **DENIED** with respect to Richard Aguilar.

New Orleans, Louisiana, April 7, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[5] R. Doc. No. 133-2.
[6] R. Doc. No. 133-3.
[7] R. Doc. No. 133-4.